```
                    FILED
          CLERK, U.S. DISTRICT COURT

                OCT 2 2 2009

          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 09-833 RGK |
| v. | |
| Jackie Kay Hayard | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __Defendant's Counsel, Phillip Dietch__, IT IS ORDERED that a detention hearing is set for __Tuesday, October 27__, __2009__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
        (Other custodial officer)

Dated: __10/22/09__                     _____
                                         U.S. District Judge/Magistrate Judge

---